AO 91 (Rev. 11/11) Criminal Complaint

| | AUSA: | Diane Princ | Telephone: | (313) 226-9100 |
| --- | --- | --- | --- | --- |
| | Special Agent: | Jeffrey J. Sokolowski | Telephone: | (313) 965-2323 |

# UNITED STATES DISTRICT COURT
### for the

## Eastern District of Michigan

United States of America

    v.

Jordan Giacona

Case No.    2:25-mj-30321
Judge: Unassigned,
Filed: 05-15-2025 At 03:00 PM
SEALED MATTER (DA)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____April, 2025-May, 2025_____ in the county of _____Wayne_____ in the _____Eastern_____ District of _____Michigan_____, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 18 U.S.C. § 875(c) | Threats made to cause injury and death. |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Jeffrey J. Sokolowski, Special Agent-FBI
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: _____May 15, 2025_____

_____
*Judge's signature*

City and state: __Detroit, Michigan__

Hon. Elizabeth A. Stafford, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Jeff Sokolowski, being duly sworn, depose and state as follows:

### I.        INTRODUCTION AND AGENT BACKGROUND

1.        I have been employed as a Special Agent of the Federal Bureau of Investigation for sixteen years, and am currently assigned to the Violent Crime Task Force in the Detroit Division of the FBI.

2.        I am an "investigative or law enforcement officer" of the United States within the meaning of 18 U.S.C. § 2501(7), that is, an officer of the United States who is empowered by the law to conduct investigations of and to make arrests for the offenses enumerated in 18 U.S.C. § 2516.

3.        I have investigated federal violations concerning crimes of violence and firearms. I have gained experience through training and everyday work related to these types of investigations.

4.        The statements contained in this Affidavit are based on my experience and background as a special agent and on information provided by police officers, other agents of the FBI, and other law enforcement personnel.  The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all of facts known to law enforcement related to this investigation.

5.        This affidavit is made in support of a criminal complaint charging JORDAN GABRIEL GIACONA with transmitting in interstate commerce a

communication containing threats to injure the person of another, in violation of 18 U.S.C. § 875c.

## II.   PROBABLE CAUSE

### A. Background of the Investigation

6.      On April 30, 2025, the United States Secret Service ("USSS") provided an online tip to the Federal Bureau of Investigation advising of online threats on X.com made by JORDAN GABRIEL GIACONA, toward the President of the United States ("POTUS"), the FBI, the CIA, Elon Musk, and other users on the platform.

7.      X, formerly known as Twitter, is an online social media platform and microblogging service that allows users to share short messages of up to 280 characters. Launched in 2006, it has evolved into a dynamic platform connecting millions of users worldwide, significantly influencing politics and culture. Recently, the platform underwent a rebranding, with its logo changing to an "X," reflecting its new direction under Elon Musk's ownership.

8.      In the course of conducting routine social media analysis, the USSS discovered several threatening posts by X.com user Leijhts/@Leijhts.

9.      A review of the X.com account Leijhts/@Leijhts by the USSS, and by the FBI, located the following self-reported identifying information: a name of JORDAN GIACONA and a business card which lists GIACONA as a Process Engineer at an automation company located in Rochester Hills, Michigan.

10.     As of May 5, 2025, the account is active with over 6,875 posts containing rhetoric related to skateboarding, video games, and building computers/electronic instrument systems. GIACONA routinely posts anti-government rhetoric and threatening rhetoric toward politicians, notable figures, and other users on the platform.

11.     On May 6, 2025, X Support at support@x.com confirmed my request to preserve X.com account @Leijhts.

**B.  Threats Made by Giacona on X.com**

12.     As stated above, in the course of conducting routine social media analysis, the USSS discovered the following threatening posts by X.com user Leijhts/@Leijhts, toward POTUS, the FBI, the CIA, and other users on the platform. GIACONA used X.com account @Leijhts to send the threatening messages to the aforementioned individuals who reside outside of the state of Michigan. Per the X.com Help Center, X.com operates globally, and information which X.com when using its services is stored in the United States, Ireland, and other countries where X.com operates.   A summary of representative threatening messages posted by GIACONA to these individuals is set forth below.

13.     Specifically, on April 29, 2025, at 10:45 pm Eastern Daylight Time (EDT), GIACONA, using X.com account @Leijhts, posted:

3

- "You want to ignore missingno. That's on you I wont have any part in it @cia @fbi @realDonaldTrump @elonmusk @gwXXXXy I will k*** you all outright @bitvargen @flobot5 @hi_mija"

14. On April 18, 2025, at 11:25 pm EDT, GIACONA, using X.com account @Leijhts, posted:

- "@realdonaldtrump uoure fucking dumb and need to di* im the mob. We don't exactly have a product or a shelf. @gwXXXXy But somehow we do enough business to open up a bunch of grocery stores"

15. On April 18, 2025, at 11:18 pm EDT, GIACONA, using X.com account @Leijhts, posted:

- "@realdonaldtrump my word is law im telling everyone K*** you if its convenient, and if it isn't to set up a 9/11 magnitude event @gwXXXXy Call 911"

16. On April 18, 2025, at 11:16 pm EDT, GIACONA, using X.com account @Leijhts, posted:

- "9f course youre dead! If you think you can just take our fucking money and then do your own fucking thing…. Imthe fucking mob Youre dead Youre already dead Pretty mich @realDonaldTrump"

17. On April 17, 2025 at 7:10 am EDT, GIACONA, using X.com account @Leijhts, posted:

4

- "@bitvargen @cia @fbi @fbidetroit @gwXXXXy because Garfield opened the door to how to legally threaten someones life if they should die it is legal to threaten them Entirely legal You are all de** @hi_mija @elomusk @realDonaldTrump"

18.     On April 14, 2025, at 7:41 pm EDT, GIACONA, using X.com account @Leijhts, posted:

- "@whitehouse I will actually k*** you @realdonaldtrump yes ik im running out of time I thought about it, your wrong" in response to a post by the @WhiteHouse X.com account that wished X.com users a blessed Passover.

19.     On April 13, 2025, at 11:15 am EDT, GIACONA, using X.com account @Leijhts, posted:

- "Im actually going to k*** you Idk dude @elonmusk @realDonaldTrump its war and youre literally helping k*** my family You won't survive I just Don't understand… how you could do something that ends in your death Its not like you shouldnt believe me Youre literally on the wrong side of the war. K****ing you is easy, you nonces"

20.     On April 13, 2025, at 9:38 am EDT, GIACONA, using X.com account @Leijhts, posted:

- "So why tf was it on the table to begin with? Can we please get a competent leader put in charge of doge @realdonaldtrump ill probably k*** you

honestly if I feel bad aboit your term as president im taking eberything

Every little thing @elonmusk"

21.     On April 10, 2025, at 3:28 pm EDT, GIACONA, using X.com account @Leijhts, posted:

- "They cant change their stance on the war But I can change my stance And annihilate you all with catastrophe @elonmusk @fbi @FBIDirectorKash @cia @gwXXXXy @bitvargen @realDonaldTrump @hi_mija @flobot5".

22.     On April 1, 2025, at 12:51 pm EDT, GIACONA, using X.com account @Leijhts, posted:

- "Even if you destroyed everything in the end im still going to have to take down your other sharhplders At the same time poewr Eriegardless @elonmusk @realDonaldTrump @AdrianDittman"

23.     Of note, several of the threats listed above were directed toward Adult Victim GW, who has been subject to a multi-year campaign of online harassment perpetuated by GIACONA.

**D. Giacona History of Threatening Statements Made Online**

24.     On March 17, 2022, Adult Victim GW, a music performer who resides in the Los Angeles, California area, reported to the Los Angeles Police Department that, for more than a year, he had been receiving numerous threatening calls, texts, and tweets from a person later identified as JORDAN GABRIEL GIACONA.

25.     Investigation revealed GIACONA created numerous social media accounts and used no less than ten different telephone numbers to send threatening messages to GW.

26.     Once GIACONA began messaging GW about murdering and killing GW, GW started the process for obtaining a restraining order against GIACONA from the Stanley Mosk Courthouse in Los Angeles, California. A temporary order was issued on March 16, 2022, and a permanent order on April 7, 2022.

27.     On August 4, 2022, GIACONA was interviewed by the FBI, wherein GIACONA admitted to the FBI he had sent victim GW communications on various internet platforms and had set up online computer applications to automatically text GW.

28.     On September 19, 2022, members of the FBI Violent Crime Task Force (VCTF) located and arrested GIACONA at his former residence located at 2XXX7 Ascot Drive, Macomb, Michigan. On September 15, 2022, GIACONA was charged in this Court with transmitting in interstate commerce a communication containing threats to injure the person of another, in violation of 18 U.S.C. § 875c. Case No. 22-30398 (E.D. Mich.).

29.     On May 1, 2023, GIACONA entered into an Agreement for Pretrial Diversion, with the United States Attorney for the Eastern District of Michigan, for a deferral of prosecution for a period of 12 months.

7

### III.   CONCLUSION

30.    Based on the above information, probable cause exists that JORDAN GABRIEL GIACONA transmitted in interstate commerce a communication containing threats to injure the person of another, in violation of 18 U.S.C. § 875c

31.    In consideration of the foregoing, I respectfully request that this Court issue a complaint against GIACONA for violation of 18 U.S.C. § 875c.

32.    Further in consideration of the foregoing, I respectfully request that this Court issue an arrest warrant for GIACONA for violation of 18 U.S.C. § 875c.

Respectfully submitted,

Jeffrey J. Sokolowski
Special Agent, FBI

Sworn to before me and signed in my
presence and/or by reliable electronic means.

Hon. Elizabeth A. Stafford
United States Magistrate Judge

Date:   May 15, 2025

8