UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JORDAN GIACONA,

    Defendant.

_____/

Case: 2:26-cr-20214
Assigned To : McMillion, Brandy R.
Referral Judge: Altman, Kimberly G.
Assign. Date : 4/15/2026
Description: INDI USA v. Giacona (jo)

Violations:
18 U.S.C. § 2261A(2)
18 U.S.C. § 875(c)



FILED
APR 15 2026
CLERK'S OFFICE
DETROIT

## INDICTMENT

THE GRAND JURY CHARGES:

## COUNT ONE
18 U.S.C. § 2261A(2)
*Cyberstalking*

Beginning on or about January 1, 2022, through on or about September 1, 2022, and from on or about April 10, 2025, through on or about April 29, 2025, in the Eastern District of Michigan, and elsewhere, the defendant, JORDAN GIACONA, with the intent to kill, injure, harass, and intimidate, and place under surveillance with intent to kill, injure, harass, and intimidate, G.W., a person in another state, used an electronic communication service, an electronic communication system of interstate commerce, and a facility of interstate and foreign commerce, including the phone, the internet and the social media application X, to engage in a course of conduct that placed G.W. in reasonable fear

1

of death and serious bodily injury, and caused, attempted to cause, and would reasonably be expected to cause substantial emotional distress to G.W.

All in violation of Title 18, United States Code, Section 2261A(2).

## COUNT TWO
18 U.S.C. § 875(c)
*Interstate Communications—Threats*

On or about April 13, 2025, in the Eastern District of Michigan, and elsewhere, the defendant, JORDAN GIACONA, knowingly transmitted in interstate commerce a communication containing a threat to injure the person of another, for the purpose of making a threat, with knowledge that the communications would be viewed as a threat, and with reckless disregard that the communications would be viewed as a threat; that is, GIACONA used the internet to transmit the following:

> Im actually going to k*** you Idk dude @elonmusk @realDonaldTrump its war and youre literally helping k*** my family You won't survive I just Don't understand… how you could do something that ends in your death Its not like you shouldnt believe me Youre literally on the wrong side of the war. K****ing you is easy, you nonces

All in violation of Title 18, United States Code, Section 875(c).

## COUNT THREE
18 U.S.C. § 875(c)
*Interstate Communications—Threats*

On or about April 17, 2025, in the Eastern District of Michigan, and elsewhere, the defendant, JORDAN GIACONA, knowingly transmitted in

2

interstate commerce a communication containing a threat to injure the person of another, for the purpose of making a threat, with knowledge that the communications would be viewed as a threat, and with reckless disregard that the communications would be viewed as a threat; that is, GIACONA used the internet to transmit the following:

> @bitvargen @cia @fbi @fbidetroit @gwXXXXy because Garfield opened the door to how to legally threaten someones life if they should die it is legal to threaten them Entirely legal You are all de** @hi_mija @elomusk @realDonaldTrump"

All in violation of Title 18, United States Code, Section 875(c).

## COUNT FOUR
### 18 U.S.C. § 875(c)
*Interstate Communications—Threats*

On or about April 29, 2025, in the District of Michigan, and elsewhere, the defendant, JORDAN GIACONA, knowingly transmitted in interstate commerce a communication containing a threat to injure the person of another, for the purpose of making a threat, with knowledge that the communications would be viewed as a threat, and with reckless disregard that the communications would be viewed as a threat; that is, GIACONA used the internet to transmit the following:

> You want to ignore missingno. That's on you I wont have any part in it @cia @fbi @realDonaldTrump @elonmusk @gwXXXXy I will k*** you all outright @bitvargen @flobot5 @hi_mija"

All in violation of Title 18, United States Code, Section 875(c).

**FORFEITURE ALLEGATIONS**
18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c)
*Criminal Forfeiture*

The allegations contained in Counts One through Four of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Federal Rule of Criminal Procedure 32.2.

Pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), upon conviction of any count of this Indictment, in violation of 18 U.S.C. § 875(c), the defendant shall forfeit to the United States his interest in any property, real or personal, which constitutes or is derived from proceeds traceable to its offense.

Forfeiture includes, but is not limited to, a personal forfeiture money judgment against the defendant, in favor of the United States, in an amount representing the gross proceeds obtained by the defendant as a result of his violation of any count of this Indictment, a violation 18 U.S.C. § 875(c).

If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided

4

without difficulty;

the United States of America shall be entitled to forfeiture of substitute property

pursuant to 21 U.S.C. § 853(p).

THIS IS A TRUE BILL.


*s/ Grand Jury Foreperson*
Grand Jury Foreperson


JEROME F. GORGON JR.
United States Attorney


*s/ Mark Bilkovic*
Mark Bilkovic
Chief, Violent and Major Crimes Unit
Assistant United States Attorney


*s/ Diane Princ*
Diane Princ
Assistant United States Attorney


*s/ Sarah Alsaden*
Sarah Alsaden
Assistant United States Attorney


Dated: April 15, 2026

| United States District Court<br>Eastern District of Michigan | Criminal Case Cov | Case: 2:26-cr-20214<br>Assigned To : McMillion, Brandy R.<br>Referral Judge: Altman, Kimberly G.<br>Assign. Date : 4/15/2026<br>Description: INDI USA v. Giacona (jo) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to comp

## Companion Case Information

Companion Case Number:

| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
|---|---|
| ☐ Yes   ☒ No | AUSA's Initials: D.P |

F I L E D
APR 1 5 2026
CLERK'S OFFICE
DETROIT

**Case Title:** USA v.  JORDAN GIACONA

**County where offense occurred :** Wayne

**Check One:**   ☒ Felony      ☐ Misdemeanor      ☐ Petty

____Indictment/____Information --- **no** prior complaint.
_✓_Indictment/____Information --- based upon prior complaint [Case number: 25-mj-30321      ]
____Indictment/____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____   **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

April 15, 2026
Date

Diane Princ
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: 313-226-9524
Diane.Princ@usdoj.gov
NY 4781159

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.